UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL MONTANEZ, | ) | 1:06-cv-00303-LJO-TAG HC |
| Petitioner, | ) ) | |
| | ) ) | ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) ) ) ) | |
| Respondent. | ) ) | |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   Upon a close examination of the petition submitted to the Court on March 20, 2006, the Court has discovered that the petition does not contain an original signature. Local Rule 7-131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

   In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant petition to the Court **and sign it under penalty of perjury**. **The document must contain an original signature**. Petitioner is GRANTED twenty (20) days from the date of service of this order to comply with the Court's

1

1  directive.

2        Petitioner is forewarned that failure to comply with this Order order will result in
3  recommendation for dismissal of the petition pursuant to Local Rule 11-110.

6  IT IS SO ORDERED.

7  Dated:   **December 3, 2007**                                         /s/ **Theresa A. Goldner**
                                                  UNITED STATES MAGISTRATE JUDGE